IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-02411-PAB

ERIC BUCHANNAN, as Guardian for T.B., a minor,

    Plaintiff,

v.

MERCHANTS & MEDICAL CREDIT CORPORATION, INC.,

    Defendant.

---

## ORDER

---

    This matter is before the Court on Plaintiff's Complaint [Docket No. 1] and other related filings [Docket Nos. 2, 4].  Plaintiff has filed documents that violate Fed. R. Civ. P. 5.2(a) by revealing the "name of an individual known to be a minor."  Fed. R. Civ. P. 5.2(a).  Therefore, it is

    **ORDERED** that Docket Nos. 1, 2, and 4 shall be restricted at Level One.  It is further

    **ORDERED** that the caption on the Electronic Court Filing system as well as on all future pleadings shall comport with the caption on the present order.  It is further

    **ORDERED** that, on or before **5:00 p.m.** on **Friday**, **September 14**, **2012**, plaintiff shall indicate whether the protections of Rule 5.2(a) have been waived and, if not, plaintiff shall re-file without restrictions Docket Nos. 1, 2, and 4 with redactions that comply with Federal Rule of Civil Procedure 5.2(a).

DATED September 11, 2012.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge